**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN THE MATTER OF SUNLAND          CIVIL ACTION NO. 23-1665 Lead Case,
CONSTRUCTION INC.                 c/w 23-1796

                                  SECTION:  "T" (5)

                                  Applies to: ALL CASES

---

**SUNLAND CONSTRUCTION INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

---

**NOW INTO COURT,** through undersigned counsel, comes Sunland Construction Inc. ("Sunland") and, pursuant to Federal Rule of Civil Procedure 7.1, states that it is a corporation organized under the laws of the State of Louisiana. Sunland's parent company is Sunland Equity, L.L.C. Sunland has no publicly held corporation that owns 10% or more of its stock.

85157785_1                        - 1 -

Respectfully submitted this 6th day of June, 2023.

ADAMS AND REESE LLP

*/s/ Edwin C. Laizer*
MATTHEW C. GUY (#31182)
EDWIN C. LAIZER (#17014)
JAMES T. ROGERS III (#21845)
701 Poydras Street – Suite 4500
New Orleans, Louisiana  70139
Telephone:  (504) 581-3234
Facsimile:   (504) 566-0210
matthew.guy@arlaw.com
ed.laizer@arlaw.com
james.rogers@arlaw.com
***COUNSEL FOR SUNLAND***
***CONSTRUCTION, INC.***

## CERTIFICATE OF SERVICE

I certify that on June 6, 2023, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record.

*/s/ Edwin C. Laizer*
MATTHEW C. GUY (#31182)
EDWIN C. LAIZER (#17014)
JAMES T. ROGERS III (#21845)

85157785_1                                    - 2 -