# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

## TRANSFER ORDER

IT IS ORDERED that the following Section "D" cases are hereby reallotted to Judge Anna St. John, Section "N" of this Court, effective as of the date of this Order.

**Civil:**

23-1665        In the Matter of  Sunland Construction, Inc.

c/w 23-2438  Bianchini v. Venture Global Gator Express, LLC et al

25-1099        Landry et al v. Orleans Parish Communication District

25-2510        Gratton v. Board of Supervisors

26-661          EEOC v. Coger

26-675          Green v. Defendant One

**IT IS FURTHER ORDERED** that all deadlines and hearings remain in effect unless and until there is an order from Section "N" directing otherwise.

New Orleans, Louisiana this 16th day of April, 2026.

_____
**WENDY B. VITTER, Chief Judge**
**United States District Court**