MINUTE ENTRY
ST. JOHN, J.
SEPTEMBER 2, 2026
JS-10 00:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF SUNLAND CONSTRUCTION INC.

CIVIL ACTION

NO. 23-1665

SECTION: "N"(5)

**MINUTE ENTRY**

A status conference was called by the Court on September 2, 2026, with the following individuals participating:

- Representing Sunland Parties: Jim Rogers
- Representing Raymond Bianchini and Michael Bianchini: Andrew Cvitanovic, Jody Fortunato, and Natalie Gibbs
- Representing Venture Parties: Daniel Stanton and Todd Everage

The Court met with the parties to discuss the status of the case and how matters are progressing. Counsel for the Bianchinis advised that depositions are beginning to be scheduled and that additional depositions will be scheduled soon.

Sunland's counsel advised that the Court's Scheduling Order should be modified to reflect that no jury trial has been requested. The other parties concurred.

Counsel for the Venture Parties generally agreed with counsel's assessment of the progress of discovery but noted that the existing discovery and expert deadlines may need to be modified as the case proceeds. The Court advised the parties to confer among themselves before bringing any requested modifications to the Court's attention if necessary.

Regarding settlement, the Bianchini's counsel stated that he remained optimistic regarding the possibility of settlement, noting that the damages are fixed, while also acknowledging that the other parties do not share his optimism.

The Court advised the parties that, should they wish to pursue a settlement conference, they may contact the Magistrate Judge's chambers. The parties were further instructed to contact the Court should any additional issues arise that require the Court's attention.

**NEW ORLEANS, LOUISIANA**, this 3rd day of September, 2026.

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE