UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF SUNLAND CONSTRUCTION INC.

CIVIL ACTION

NO. 23-1665

SECTION "N"

**ORDER**

Considering the Joint Motion to Continue Trial and Pretrial Deadlines;[1]

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's case manager will issue a notice setting forth a scheduling conference to select a bench trial date and reset all pretrial deadlines.

**NEW ORLEANS, LOUISIANA**, this 21st day of September, 2026.

Anna St John

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

[1] Rec. Doc. 134.